# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JORGE ANIBAL TORRES PUELLO  :

    **Plaintiff**                                        **CIVIL ACTION NO. 3:14-0959**

       **v.**

                                            **(MANNION, D.J.)**
                                            **(MEHALCHICK, M.J.)**

**CROWN HEIGHTS SHMIRA, INC.,**  :
et al.,

    **Defendants**

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 5), is **ADOPTED IN FULL** and plaintiff's motion for a temporary restraining order, (Doc. 2), is **DENIED**. The case is referred back to Judge Mehalchick for further proceedings.

                                                          s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Date: July 7, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0959-01-order.wpd