# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JORGE ANIBAL TORRES PUELLO** :

    **Plaintiff**       **CIVIL ACTION NO. 3:14-0959**

    **v.**

        **(MANNION, D.J.)**
        **(MEHALCHICK, M.J.)**

**CROWN HEIGHTS SHMIRA, INC.,** :
*et al.*,

    **Defendants**

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 11), is **ADOPTED IN FULL** and plaintiff's complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**. The clerk of court is directed to close this case.

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Date: April 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0959-02-Order.wpd